## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BETTY ONDRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV70 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **B&T FINANCIAL SERVICES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." In this case the complaint was filed on February 21, 2011. See Filing No. 1. The plaintiff filed a notice of executing a summons on the defendant on March 13, 2011. See Filing No. 5. No other progress has taken place in this matter. It remains the plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate. Upon consideration,

**IT IS ORDERED:**

The plaintiff has until the close of business **on June 6, 2011**, to file a motion for clerk's entry of default or show cause why this case should not be dismissed for failure to prosecute.

Dated this 23rd day of May, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge