## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BETTY ONDRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:11CV70** |
| v. ) | |
| ) | **ORDER** |
| **B&T FINANCIAL SERVICES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

Upon notice of settlement (Filing No. 9) given to the court on June 14, 2011, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before July 14, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 15th day of June, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge