IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BETTY ONDRIS,** | ) | |
| | ) | **8:11CV70** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **B&T FINANCIAL SERVICES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael S. Agruss and the law firm of Krohn & Moss, LTD (Filing No. 14) to withdraw as counsel for the plaintiff Betty Ondris. Moving counsel states he and Ms. Ondris have irreconcilable differences which make it impossible for him to effectively represent her in this action. See Filing No. 14. Moving counsel served a copy of the motion on Ms. Ondris. *Id.* The court will afford Ms. Ondris an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Michael S. Agruss and the law firm of Krohn & Moss, LTD's motion to withdraw (Filing No. 14) is held in abeyance.

2. Betty Ondris shall have to **on or before September 16, 2011**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, Betty Ondris will be considered proceeding *pro se*.

3. Moving counsel shall serve a copy of this order on Ms. Ondris and the defendant, and file a certificate of such service with the court.

**IT IS FURTHER ORDERED:**

Notice having been previously filed that this case has been settled and the parties having been afforded an extension of time to file all necessary documents to terminate this action, the parties shall show good cause **on or before September 19, 2011**, why the settlement has not been consummated or this case will be dismissed in accordance with NECivR 41.1.

DATED this 18th day of August, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge