IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY ONDRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV70 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| B&T FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael S. Agruss and the law firm of Krohn & Moss, LTD (Filing No. 14) to withdraw as counsel for the plaintiff Betty Ondris. Moving counsel states he and Ms. Ondris have irreconcilable differences which make it impossible for him to effectively represent her in this action. See Filing No. 14. Moving counsel served a copy of the motion on Ms. Ondris. *Id.* The court allowed the plaintiff an opportunity to respond to counsel's motion. The plaintiff did not file any response or objection. Upon consideration,

**IT IS ORDERED:**

1. The motion of Michael S. Agruss and the law firm of Krohn & Moss, LTD (Filing No. 14) is granted.

2. Betty Ondris is hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

4. The Clerk of Court shall send a copy of this order to the plaintiff at her last known address:
        Betty Ondris
        2205 SW 10th Street
        Omaha, NE 68108

Dated this 19th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge