IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY ONDRIS, | ) | 8:11CV70 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| B&T FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Nebraska Civil Rule 41.2 states in pertinent part that "[a]t any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." In this case, Plaintiff filed her Complaint on February 21, 2011. (Filing No. 1.) A Clerk's Entry of Default was entered against Defendant on June 6, 2011. (Filing No. 8.) Thereafter, Plaintiff filed a Notice of Settlement (filing no. 9), and then a Motion to Extend Time to File a Joint Stipulation of Dismissal (filing no. 11.) The court gave the parties until August 15, 2011, to file a joint stipulation for dismissal. (See text entry on July 11, 2011.) However, the parties never filed a joint stipulation for dismissal, and Plaintiff's counsel withdrew from this case on September 19, 2011. (Filing No. 18.) No other progress has taken place in this matter. Upon consideration,

IT IS THEREFORE ORDERED that:

1. Plaintiff has until November 11, 2011, to file a status report or show cause why this case should not be dismissed for failure to prosecute.

2. The clerk's office is directed to mail a copy of this Memorandum and Order to Plaintiff at the address listed on the docket sheet, and also to Defendant at B&T Financial Services, LLC / 14025 Bromfield Road / Germantown, MD 20874.

3.     The court directs the clerk's office to set the following pro se case management deadline: November 11, 2011: Deadline for Plaintiff to file a status report or show cause why this case should not be dismissed for failure to prosecute.

DATED this 26th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.