IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY ONDRIS, | ) | 8:11CV70 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| B&T FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On October 26, 2011, the court entered a Memorandum and Order that required Plaintiff to "file a status report or show cause why this case should not be dismissed for failure to prosecute" by November 11, 2011. (Filing No. 20 at CM/ECF p. 1.) Plaintiff has not responded in any way to the court's Memorandum and Order, and the time in which to do so has now passed. Accordingly,

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 2nd day of December, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.